IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SELECTIVE WAY INSURANCE )
COMPANY, )
 )
    Plaintiff, )
 )
v. )  CASE NO. CV412-279
 )
LITTLE TREASURES LEARNING )
CENTER, INC.; JUNE BENNETT; )
and JFJB, a minor child by )
and through her mother and )
natural guardian; )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the parties' Stipulated Dismissal. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of February 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA